CITY OF MIAMI BEACH, a Municipal Corporation, and MIAMI BEACH IMPROVEMENT COMPANY, a Corporation of the State of Florida, *Appellants,* v. LOUISE POINDEXTER, a Widow, Suing In Her Own Behalf, and As Legal Guardian of PRISCILLA F. POINDEXTER, PRISCILLA F. TOTTENHOFF, Joined By Her Husband, J. R. TOTTENHOFF, *Appellees.*

En Banc.

Opinion filed December 22, 1928.

*J. Harvey Robillard, James A. Dixon, Shutts & Bowen, John S. Benz* and *E. S. Finch,* for Appellants;

*Mitchell D. Price* and *J. H. Bozic,* for Appellees.

CITY OF MIAMI BEACH, a Municipal Corporation, and MIAMI BEACH IMPROVEMENT COMPANY, a Corporation of the State of Florida, *Appellants,* v. LOUISE POINDEXTER, a Widow, Suing In Her Own Behalf, and as Legal Guardian of PRISCILLA F. POINDEXTER, PRISCILLA F. TOTTENHOFF, Joined By Her Husband, J. R. TOTTENHOFF, *Appellees.*

Division B.

PER CURIAM—This suit was brought to reform a plat